IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JAMES RODRIQUEZ, JR.,
    Plaintiff

v.

UNITED STATES OF AMERICA and
JENNY P. ROBERTS, ASSISTANT
UNITED STATES ATTORNEY,
    Defendants

No. 3:24cv1301

(Judge Munley)

## ORDER

Pursuant to the accompanying memorandum, it is hereby **ORDERED** as follows:

1) Magistrate Judge William I. Arbuckle's Report and Recommendation dated August 14, 2024 (Doc. 6) is hereby **ADOPTED**;

2) The plaintiff's objections (Doc. 7) are **OVERRULED**;

3) Plaintiff's complaint is **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915A for failure to state a claim;

4) Plaintiff's motion to strike defendants' response to his objections (Doc. 10) is **DENIED**;

5) The defendants' motion to stay (Doc. 11) is **DENIED**; and

6) The Clerk of Court is directed to close this case.

Date: 10/21/24

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court